

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Edward Dwayne Henry **V.** The State of Texas

Appellate case number:   01-12-00523-CR

Trial court case number:   1315578

Trial court:             180th District Court of Harris County

Date motion filed:       August 6, 2013

Party filing motion:     Edward Dwayne Henry

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebeca Huddle
                        ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle


Date: August 21, 2013